RHEINGOLD, VALET, RHEINGOLD
MAMIE TRADEN
VS
DAVOL, INC. ETANO

INDEX# 08 CV 5432

AO 440 (Rev. 8/01) Summons in a Civil Action     U.S. SOUTHERN DISTRICT COURT     NEW YORK COUNTY

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] CIVIL COVER SHEET, JUDGES RULES | DATE 6/25/08 |
|---|---|
| NAME OF SERVER (PRINT) James F. Mallinson | TITLE RI Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
  DAVOL, INC.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Corporate: Serving: Virginia Garcia as: Authorized Managing Agent
100 Crossings Blvd, Warwick RI 02886

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/25/08
            Date           Signature of Server

           7 Eva Lane, Cranston, RI
           Address of Server

REF# 3RVR134349

X /s/ Virginia Garcia   Virginia Garcia Sr. Regulatory Affairs Assoc.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action    U.S. SOUTHERN DISTRICT COURT    NEW YORK COUNTY

## RETURN OF SERVICE

| | DATE 6/25/08 |
|---|---|
| Service of the Summons and complaint was made by me(1) CIVIL COVER SHEET, JUDGES RULES | |
| NAME OF SERVER (PRINT) James F Mallinson | TITLE RI Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
DAVOL, INC.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Corporate: Serving: Virginia Garcia as: Authorized Managing Agent
100 Crossings Blvd, Warwick RI 02886

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/25/08
                Date                    *Signature of Server*  James F Mallinson

                                        *Address of Server*  7 Eva lane, Cranston, RI

REF# 3RVR134349

X Virginia Garcia  Virginia Garcia Sr. Regulatory Affairs Assoc.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

MAMIE THADEN

V.

DAVOL INC and C.R. BARD INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 5432

JUDGE KAPLAN

TO: (Name and address of Defendant)

DAVOL INC.
100 Sockanosset Cross Road, Cranston, Rhode Island 02920

C. R. Bard Inc.
730 Central Avenue, Murray Hill, NJ 07974

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RHEINGOLD VALET RHEINGOLD SHKOLNIK & McCARTNEY, LLP
113 East 37th Street
New York, NY 10016

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUN 16 2008

J. MICHAEL McMAHON

CLERK

_Catherine Lapsley_ (signature)

(By) DEPUTY CLERK          DATE