Form 07 - CORPORATION
RHEINGOLD, VALET, RHEINGOLD &
ATTN:
U.S. DIST. COURT        SOUTHERN/NY  COUNTY
------------------------------------------------------

| | |
|---|---|
| MAMIE THADEN                                    plaintiff | Index No. **08 CV 5432** |
| - against - | Date Filed ............ |
| | Office No. |
| DAVOL INC.                                      defendant | Court Date:   /   / |
| ETANO | |

------------------------------------------------------
    STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:

**DANIEL KNIGHT**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **26th** day of **June, 2008**  at **04:37 PM.,**        at
    730 CENTRAL AVE.
    MURRAY HILL, NJ 07974

I served a true copy of the
    **SUMMONS AND COMPLAINT**
    **CIVIL COVER SHEET**
    **JUDGES RULES**

upon **C.R. BARD INC.**
**a domestic corporation, the  DEFENDANT** therein named by delivering to, and leaving personally with
    **STEVE LANG, VICE PRESIDENT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
        SEX: **MALE**        COLOR: **WHITE**        HAIR: **BROWN**
        APP. AGE: **42**     APP. HT: **6:0**        APP. WT: **190**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
1st  day of  July,        2008k
KENNETH WISSNER
Notary Public, State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

..............................
DANIEL KNIGHT
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3RVR134350