UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAMIE THADEN,                                    )
                                                 )
                           Plaintiff,            )    08-CV-5432 (LAK)
                                                 )
    vs.                                          )    **CORPORATE DISCLOSURE**
                                                 )    **STATEMENT**
DAVOL INC. and C.R. BARD, INC.,                  )
                                                 )
                           Defendants.           )
                                                 )
------------------------------------------------------------X

    C.R. Bard, Inc. and Davol Inc., pursuant to Fed. R. Civ. P. 7.1, hereby file this Corporate Disclosure Statement, and state as follows:

    C.R. Bard, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

    Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

| | |
|---|---|
| Dated: New York, New York<br>July 10, 2008 | PEPPER HAMILTON LLP<br><br>By: /s/ Samuel J. Abate Jr.<br>      Samuel J. Abate, Jr.<br>Pepper Hamilton LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Tel: 212-808-2706<br>Fax: 212-286-9806<br>abates@pepperlaw.com<br><br>ATTORNEYS FOR DEFENDANT<br>DAVOL INC. AND DEFENDANT<br>C.R. BARD, INC.<br><br>Of Counsel:<br>Kirby T. Griffis<br>Dana A. Gausepohl<br>Michael L. Junk<br>Spriggs & Hollingsworth<br>1350 I Street NW<br>Washington, DC 20005<br>Tel: 202-898-5800<br>Fax: 202-682-1639<br>kgriffis@spriggs.com<br>dgausepohl@spriggs.com<br>mjunk@spriggs.com |